IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SUSAN RAYE WILLIAMS**                                                                                  **PLAINTIFF**

V.                          NO. 4:23CV01021-JM-PSH

**MARTIN O'MALLEY,**
**COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration of the Recommendation and the entire record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered in favor of the Defendant.

DATED this 18th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE